IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Samantha Jeanne Gilmore, | ) | C/A No.: 5:18-cv-00044-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On June 26, 2019, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412, on the basis that the position taken by the defendant in this action was not substantially justified. On July 9, 2019, the parties filed a stipulation for an EAJA award of $3,600.00 in attorney's fees and $16.00 in expenses.

Based on the foregoing and after considering the briefs and materials submitted by the parties, the court orders the defendant to pay the sum of $3,600.00 in attorney's fees and $16.00 in expenses, pursuant to EAJA, subject to the Treasury Offset Program if the prevailing party owes a debt to the federal government. However, the payment shall be made payable to the claimant pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) and mailed to his attorney, with a copy to the claimant.

**IT IS SO ORDERED**.

July 10, 2019  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
Chief United States District Judge